**Christopher Charles HARRIS,**
**Plaintiff-Appellant,**

v.

**FNU CONNOLLY, Captain; FNU Hart, Lieutenant; FNU Mayhorn, Detention Officer; FNU Harris, Detention Officer, Defendants-Appellees.**

No. 16-6405

United States Court of Appeals, Fourth Circuit.

Submitted: July 14, 2016

Decided: July 26, 2016·

Christopher Charles Harris, Appellant Pro Se. Patrick Houghton Flanagan, Virginia Marie Wooten, CRANFILL, SUM- NER & HARTZOG, LLP, Charlotte, North Carolina, for Appellees.

Before MOTZ, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Charles Harris appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harris v. Connolly, No. 5:14–cv–00128–FDW, 2016 WL 676468 (W.D.N.C. Feb. 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED